

1
2
3
4
5
6
7
8
9  UNITED STATES DISTRICT COURT
10  CENTRAL DISTRICT OF CALIFORNIA
11
12
13
14                                        CASE # 99-CR-00009
15  UNITED STATES OF AMERICA,      )
16           Plaintiff,            ) ORDER OF DETENTION AFTER
                                   ) HEARING (Fed.R.Crim.P. 32.1(a)(6)
17       v.                        ) Allegations of Violations of Probation
                                   ) Supervised Release)
18  Rebecca Valles                 ) Conditions of Release)
19           Defendant.            )
20
    On arrest warrant issued by a United States District Court involving alleged
21
    violations of conditions of probation or Supervised Release,
22
        The court finds no condition or combination of conditions that will
23
    reasonably assure:
24
        (A)  ( )  the appearance of defendant as required; and/or
25
        (B)  (✓)  the safety of any person or the community.
26
    //
27
    //
28

```
 1            The court concludes:
 2   A.   ( ) Defendant poses a risk to the safety of other persons or the community
 3            because defendant has not demonstrated by clear and convincing
 4            evidence that:
 5            _____ he can remain _____
 6            _____ law abiding and drug-free _____
 7            _____
 8            _____
 9
10   (B)  ( ) Defendant is a flight risk because defendant has not shown by clear
11            and convincing evidence that:
12            _____
13            _____
14            _____
15            _____
16
17            IT IS ORDERED that defendant be detained.
18
19   DATED: 3/8/12
20
21
22
23                              _____
                                STEPHEN J. HILLMAN
24                              UNITED STATES MAGISTRATE JUDGE
```